IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOANIE BARBER
PLAINTIFF

VS.  CASE NO. 1:04CV00033 SWW

JO ANNE B BARNHART,
Commissioner, Social
Security Administration  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. No objections have been filed. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 26th day of July, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE