IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOANIE BARBER                                                                   PLAINTIFF

VS.                          CASE NO. 1:04CV00033 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED 26th day of July, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE