IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOANIE BARBER                                                                              PLAINTIFF

VS.                              CASE NO. 1:04CV00033 SWW

MICHAEL ASTRUE, Commissioner,
Social Security Administration
DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees is denied.

SO ORDERED this 7TH day of February, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE